File No. 18.5199

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>RUSH UNIVERSITY and LOREN SANTOW<br><br>　　　　　　　　*Defendants*. | Case No. 1:24-cv-13268 |

## NOTICE OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiffs, Nationwide General Insurance Company and Nationwide Mutual Insurance Company (collectively "Nationwide"), provide notice that they are dismissing this case, pursuant to an agreement between Nationwide and Defendant, Rush University ("Rush"). Neither Rush nor Defendant Loren Santow have filed an answer or motion for summary judgment.

Respectfully submitted,

**LINDSAY, PICKETT & POSTEL, LLC**

By: */s/* _____
Christopher J. Pickett, One of the Attorneys
for Nationwide General Insurance Company
and Nationwide Mutual Insurance Company

Christopher J. Pickett
ARDC: 06287096
cpickettt@lpplawfirm.com
312-596-7779
**LINDSAY, PICKETT & POSTEL, LLC**
200 W. Madison Street, Suite 3850
Chicago, IL 60606